```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LOUIS BROFSKY,

                Plaintiff,        25-cv-3805 (JGK)

    - against -              ORDER

IKIGAI MARKETING WORKS LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 22, 2025.

SO ORDERED.

Dated:    New York, New York
            July 8, 2025

                                    John G. Koeltl
                            United States District Judge