UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS BROFSKY,

                Plaintiff(s)

                                          25 civ 3805 (JGK)

-against-

IKIGAI MARKETING WORKS, et al,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, September 9, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                                    _____
                                                    JOHN G. KOELTL
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 3, 2025