LAW OFFICES OF

### Scott A. Lucas

600 Mamaroneck Avenue
Suite 400
Harrison, New York 10528

_____

www.lucasemploymentlaw.com
(Direct) (646) 342-1139
(Office) (646) 632-3737

Of Counsel
STEVEN MITCHELL SACK

Honorable Jennifer E. Willis                                November 11, 2025
United States Magistrate Judge
United States Courthouse
40 Foley Square, Room 425
New York, NY 10007

  Re: *Brofsky v. Ikigai Marketing Works, LLC and Pooph Inc.; 25-cv-3805 (JGK)(JEW)*

Dear Magistrate Judge Willis:

  As Plaintiff's counsel, and pursuant to Judge Koeltl's order of reference to Your Honor (Dkt. 19), I respectfully submit for Your Honor's consideration the following:

1. Plaintiff's previously-filed request for a pre-motion conference or hearing concerning anticipated Rule 37(e) spoliation sanctions against Defendants for their intentional or reckless failure to preserve relevant work-related text messages from the cell phones of most of their key custodians, falsely certifying that such data had been preserved, and delaying disclosure that it had not (Dkt. 17, attached hereto as Exhibit "1"); and

2. Defendants' previously-filed response to Plaintiff's request for a pre-motion conference or hearing regarding Rule 37(e) sanctions (Dkt. 18, attached hereto as Exhibit "2").

  In addition, while Plaintiff's submission to Judge Koeltl noted that "Plaintiff's motion will include a certification of good faith efforts to resolve this dispute," and in accordance with Your Honor's Individual Practices requiring the date(s) of the meet-and-confer, please note that the parties discussed the issues raised in this anticipated motion in video conferences held on October 22 and November 6, 2025, and in correspondence exchanged between October 13 and November 6, 2025.

Honorable Jennifer E. Willis  
United States Magistrate Judge

November 11, 2025

                                    Respectfully submitted,  
                                    */S/ Scott A. Lucas*  
                                    Scott A. Lucas

Cc: Defendants' counsel (via ECF)

---

Plaintiff's request for a Local Rule 37.2 conference is GRANTED. The conference will be held on **December 2, 2025 at 2:30 PM** in Courtroom 228 at Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. SO ORDERED.

*/s/ Jennifer E. Willis*  
JENNIFER E. WILLIS  
United States Magistrate Judge  
November 17, 2025