UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOUIS BROFSKY,

                         Plaintiff,                       **ORDER**

        -against-                         **25-CV-3805 (JGK) (JW)**

IKIGAI MARKETING WORKS, *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of the parties' briefing regarding a new discovery dispute raised in Dkt. Nos. 23 and 26. The Court GRANTS Plaintiff's request for a conference regarding this discovery issue. This dispute shall be addressed at the December 2, 2025 conference at 2:30 PM.

       SO ORDERED.

DATED:    New York, New York
                November 20, 2025

                                                                  JENNIFER E. WILLIS
                                                                United States Magistrate Judge