**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LOUIS BROFSKY,

                        Plaintiff,                                **ORDER**

        -against-                             **25-CV-3805 (JGK) (JW)**

IKIGAI MARKETING WORKS, *et al.*,

                        Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before this Court on December 2, 2025, for a discovery conference to discuss letter motions at Dkt. Nos 20, 23, and 26.  As stated more fully on the record, the Court orders the following:

- Defendants are to file a declaration asserting when the three Key Players described in Dkt. No. 20 stopped working with or for Defendants by **December 16, 2025.**  Defendants are to include when the key players were last employed, last affiliated, and completely disentangled with Defendants.

- Plaintiff's request for leave to file a Rule 37(e) sanctions motion is **GRANTED**. The briefing schedule shall be as follows:

  - Plaintiff's opening brief: due **January 6, 2026**

  - Defendants' response: due **January 27, 2026**

  - Plaintiff's reply: due **February 3, 2026**

- Defendants are to produce responsive documents from Ms. Pak's personal phone by **December 16, 2025**.

- The parties are directed to order a copy of the transcript of today's proceeding and provide the Court with a copy.

SO ORDERED.

DATED:    New York, New York
          December 2, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge