**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LOUIS BROFSKY,

                      Plaintiff,                        **ORDER**

        -against-                     **25-CV-3805 (JGK) (JW)**

IKIGAI MARKETING WORKS, *et al.*,

                      Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter motion at Dkt. No. 31 and Plaintiff's subsequent response at Dkt. No. 34. The Court directs Defendants to confirm whether they received Plaintiff's reproduction in native format on December 10 (as asserted in Plaintiff's letter) and whether any deficiencies remain in light of that reproduction.

      SO ORDERED.

DATED:     New York, New York
             December 16, 2025

                                                _____
                                           JENNIFER E. WILLIS
                                         United States Magistrate Judge