

Irvine • Las Vegas • Dallas
Raleigh • Scottsdale • New York
• Seattle
www.TALGLAW.com

**Please Reply To**:

- **CALIFORNIA** 3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Tel: 949.502.7715
Fax: 949. 266.8406

- **NEVADA** 5852 W. Durango Drive, Suite 105
Las Vegas, NV 89113
Tel: 702.954.3861
Fax: 949.266.8406

- **TEXAS** 100 Crescent Court, Seventh Floor
Dallas, TX 75201
Tel: 214.459.8188
Fax: 214.459.8144

- **NORTH CAROLINA** 4242 Six Forks Road, Suite 1550
Raleigh, NC 27609
Tel: 984.220.8254
Fax: 984.220.8301

- **ARIZONA** 7150 East Camelback Road,  Suite 444
Scottsdale, AZ  85251
Tel: 866.904.2627
Fax: 949.266.8406

- ☑ **NEW YORK** 101 Avenue of the Americas,  9th Floor
New York, NY 10013
Tel: 929.777.3876
Fax: 949.266.8406

- **WASHINGTON** 1455 NW Leary Way, Suite 400
Seattle, WA 98107
Tel: 949.502.7715
Fax: 949.266.8406

December 22, 2025

Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

> **Re:  *Brofsky v. Ikigai Marketing Works, LLC and Pooph Inc.; 25-cv-3805 (JGK) (JEW)***

Dear Magistrate Judge Willis:

On behalf of Ikigai Marketing Works, LLC ("Ikigai") and Pooph, Inc. ("Pooph") (collectively, "Defendants"), we respectfully submit this letter in response to the Court's December 16, 2025, Order directing Defendants to confirm whether they received Plaintiff's reproduction in native format on December 10, 2025 and whether any deficiencies remain in light of that reproduction.

First, Defendants confirm that on December 10, 2025, Plaintiff produced a set of files represented as a reproduction in native format. That production consisted of approximately 8.3 gigabytes worth of data.  Based upon Defendants' review, the production appears to include native files for documents bearing identification numbers up to approximately Brofsky 070052.  While we can confirm the production, unfortunately, we must also confirm that significant deficiencies remain.

Plaintiff previously produced documents bearing bate stamped numbers extending beyond 070052, including documents labeled Brofsky 081976.  Native files corresponding to bates ranges from 070052 to 081976 (approximately 2,000 documents) were <u>not</u> included in the December 10th reproduction.  As a result, a substantial portion of Plaintiff's previously produced documents remain without corresponding native files.

In addition, Defendants have identified a number of file types that cannot be accessed or meaningfully reviewed in <u>either</u> the original production or in the subsequent December 10th reproduction. These files fail to open, generate errors, or otherwise cannot be rendered in a usable form, and the reproduction did not resolve those issues. For example, Brofsky 068278 to Brofsky 069290 all state in the original production that they are "unsupported or excluded file type[s]". In the reproduction, these same documents do not open and instead generate a system prompt requesting selection of a program, as the files themselves cannot be accessed. This represents only a portion of the remaining deficiencies, as cataloguing each instance would require substantial review time, expense and would be impractical.

If the Court would find it helpful, Defendants are prepared to provide illustrative samples demonstrating these deficiencies, and, if appropriate, to make such samples available to the Court via a link.

Accordingly, while Defendants confirm receipt of a partial native reproduction on December 10, 2025, that production does not cure all outstanding deficiencies in Plaintiff's production. Defendants remain unable to review a substantial number of documents in native format, and certain categories of files remain inaccessible.

Defendants submit this confirmation in accordance with the Court's Order and respectfully reserve all rights.

Respectfully submitted,

Ismail Amin, Esq.
TALG, Ltd.

The parties are ordered to meet and confer regarding this issue. In the event the parties are unable to resolve this issue without court intervention, they are directed to file a joint status letter, no longer than three pages, providing an update and proposed next steps by **January 23, 2026**.

**The Clerk of Court is respectfully requested to close Dkt. No. 31.**

SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
December 23, 2025