**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOUIS BROFSKY,

                    Plaintiff,

              -against-

IKIGAI MARKETING WORKS LLC, *et al.*,

                  Defendants.
-----------------------------------------------------------------X

**25 Civ. No. 3805 (JGK) (JW)**

**<u>PRE-SETTLEMENT CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **<u>Friday, March 20, 2026 at 1:00 p.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 994 782 94#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
            March 4, 2026

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge