**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LOUIS BROFSKY,

                              Plaintiff,

           -against-

IKIGAI MARKETING WORKS LLC, *et al.,*

                        Defendants.
------------------------------------------------------------------X

**25 Civ. No. 3805 (JGK) (JW)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Tuesday, May 5, 2026 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Tuesday, April 28, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
           March 20, 2026

                                    _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge