

Las Vegas• Irvine• Dallas• Raleigh• Scottsdale• New York•Seattle

☑ **New York Office:**
101 Avenue of the Americas, 9ᵗʰ Floor, New York, NY 10013
Tel: 702.777.3876 / Fax: 949.266.8406

**Mailing Address:**
3161 Michelson Drive, Suite 1025, Irvine, CA 92612
Tel: 949.502.7715 / Fax: 949.266.8406

April 8, 2026

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

*April 9, 2026*
*Conference is*
*adjourned sine die .*
*So Ordered.*
*4/8/26  [signature] /Koeltl/ U.S-D. J.*

RE: *Brofsky v. Ikigai Marketing Works, LLC and Pooph Inc.; 25-cv-3805 (JGK)*

Dear Judge Koeltl:

My office, TALG, Ltd. (the "Firm"), serves as counsel for Ikigai Marketing Works, LLC ("Ikigai") and Pooph, Inc. ("Pooph") (collectively, "Defendants") in the above-referenced matter. I write to inform the Court that the Firm has just filed a Motion for Leave to File Redacted Materials and a Motion for Leave to Withdraw as Counsel and to Stay Proceedings (currently under seal). In light of the above, the Firm hereby requests that the pre-motion conference hearing scheduled for tomorrow be adjourned until such time after the preceding motions are decided. Plaintiff consents to this request with the caveat that he intends to respond to the Firm's Motion for Leave to Withdraw as Counsel and to Stay Proceedings.

Respectfully submitted,

Ismail Amin, Esq.