**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOUIS BROFSKY,

                        Plaintiff,

            -against-

IKIGAI MARKETING WORKS, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

                        **ORDER**

              **25-CV-3805 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of defense counsel's motion to withdraw as counsel and stay proceedings at Dkt. No. 65. The parties are to appear for a remote video conference via Microsoft Teams to discuss the motion on **April 28, 2026, at 11:00 AM**. A representative for Defendants is required to appear. Defense counsel is directed to send Defendants a copy of this order.

Parties can join the video conference using the [following link](#), or by entering the following on Microsoft Teams: Meeting ID  261 720 054 459 91 and Passcode 5ns7Dm6B.

SO ORDERED.

DATED:    New York, New York
           April 10, 2026

                                    _Jennifer E. Willis_
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge