

Las Vegas• Irvine• Dallas• Raleigh• Scottsdale• New York Seattle

☑ **New York Office**:
101 Avenue of the Americas, 9th Floor, New York, NY 10013
Tel: 702.777.3876  /  Fax: 949.266.8406

**Mailing Address:**
3161 Michelson Drive, Suite 1025, Irvine, CA 92612
Tel: 949.502.7715  /  Fax: 949.266.8406

April 22, 2026

**VIA ECF:**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

**CC VIA EMAIL:**
Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 9A
New York, NY 10007

> This request is GRANTED.  The settlement conference scheduled for April 28, 2026 is adjourned *sine die*.
>
> **The Clerk of Court is respectfully requested to close Dkt. Nos. 82 and 83.**
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> April 23, 2026

RE:  ***Louis Brofsky v. Ikigai Marketing Works, LLC, et al.***
     **S.D.N.Y. Civil Action No. 1:25-cv-03805 (JGK) (JEW)**

Dear Magistrate Judge Willis:

This firm, TALG, Ltd. (the "Firm"), represents Defendants Ikigai Marketing Works, LLC ("Ikigai") and Pooph, Inc. ("Pooph") in the above-referenced matter. With my adversary's consent, I am writing to jointly request an indefinite adjournment of the settlement conference before Judge Stein currently scheduled for May 5, 2026.

The reason for this request is the Firm's pending motion for leave to withdraw as counsel for Defendants ("Motion"), on which a hearing is scheduled for April 28, 2026. If the Motion is granted, Defendants may suffer prejudice because they will likely not have secured substitute counsel by May 5, 2026. Even if they were to secure substitute counsel in such a short time, substitute counsel will not have sufficient time to adequately prepare for the settlement conference. If the Motion is denied, the parties will meet and confer forthwith to reschedule the settlement conference in consultation with Judge Stein's chambers.

In either case, the parties agree that, given the uncertainty of the Motion's outcome, an indefinite adjournment of the settlement conference will best safeguard the parties' respective rights and avoid any potential waste of the Courts' time and resources.

Business, Banking, and BioTech Expertise: Your Success, Our Priority



Las Vegas• Irvine• Dallas• Raleigh• Scottsdale• New York•Seattle

There have not been any previous requests for an adjournment of the settlement conference.

On behalf of all parties, we thank Your Honor for considering this request.

Very truly yours,

Ismail Amin, Esq.
TALG, NY, Ltd.

Business, Banking, and BioTech Expertise: Your Success, Our Priority