**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOUIS BROFSKY,

                    Plaintiff,

           -against-

IKIGAI MARKETING WORKS, *et al.*,

                  Defendants.
-----------------------------------------------------------------X

**ORDER**

**25-CV-3805 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

To clarify the Court's order at Dkt. No. 84, the settlement conference scheduled for May 5, 2026, is adjourned *sine die* and the remote conference regarding defense counsel's motion to withdraw as counsel on **April 28, 2026, at 11:00 AM** remains on the calendar.

SO ORDERED.

DATED:    New York, New York
            April 23, 2026

                                       *Jennifer E. Willis*
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge