**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LOUIS BROFSKY,

                              Plaintiff,                              **ORDER**

        -against-                                          **25-CV-3805 (JGK) (JW)**

IKIGAI MARKETING WORKS, *et al.*,

                              Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court received a letter from corporate representative of Defendants Ikigai

Marketing Works ("Ikigai"), Jane Pak, on June 25, 2026 via email.  The letter was

never filed on the docket.  Ms. Pak requests a 30-day extension of the Court's June

29, 2026 deadline to retain substitute counsel.  Ms. Pak represented that she resigned

as CEO of Defendant Pooph Inc. ("Pooph") but still remains CEO of Ikigai.

Nonetheless, Ms. Pak asserted that she is making this extension request on behalf of

both Defendants.  Ms. Pak contends that additional time is necessary to retain

substitute counsel because, among other reasons, both Pooph and Ikigai currently

have no operating income and Ms. Pak has not yet been able to identify new counsel

willing to enter this matter.  Ms. Pak also stated that Pooph and Ikigai are exploring

refinancing alternatives and bankruptcy filings by one or both Defendants.

Plaintiff filed a response and opposes an extension for multiple reasons.  Dkt.

No. 89.  First, Plaintiff asserts that Defendants may only appear through licensed

counsel since they are corporate entities.  Second, Ms. Pak has no authority to make

such a request for Defendant Pooph since she no longer works there.  Third, Ms. Pak

fails to show good cause for the extension, and provides no basis as to why an additional 30 days would help Defendants find new counsel. Lastly, further delay would prejudice Plaintiff since Ms. Pak has represented that both entities are experiencing financial difficulties and are currently exploring bankruptcy filings.

The Court agrees with Defendants on all accounts and therefore **DENIES** Ms. Pak's improper request to extend Defendants Ikigai and Pooph's deadline to retain substitute counsel. As such, Plaintiff is directed to provide a proposed briefing schedule to move for default judgment against Defendants by **July 6, 2026**.

SO ORDERED.

DATED:    New York, New York
          July 2, 2026

                              _Jennifer E. Willis_
                              JENNIFER E. WILLIS
                              United States Magistrate Judge