**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

LOUIS BROFSKY,

Plaintiff,

-against-

IKIGAI MARKETING WORKS, *et al.*,

Defendants.

--------------------------------------------------------------X

**ORDER**

**25-CV-3805 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In light of Judge Koeltl's order denying Plaintiff's motion to strike Defendants' answer and for an entry of default (Dkt. No. 110), the parties are to file a joint letter updating the Court on next steps by **December 4, 2026**. The letter should include 1) the status of discovery and 2) whether the parties would like to engage in a judicially-assisted settlement conference.

SO ORDERED.

DATED: New York, New York
November 25, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge